LILAH B. BROWN, as Administratrix of the Estate of EUGENE W. BRADLEY, Deceased, Plaintiff, *v.* HERSCH CHEMISTS, INC., Respondent; PROGRESSIVE DRUG CO., INC., Appellant, et al., Defendants.

Argued April 15, 1953; decided May 22, 1953.

*Walter L. Glenney* for appellant.

*B. Leo Schwarz, Matthew E. Lawless* and *Jonas J. Shapiro* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.